IN RE RESIGNATION OF LILLBACK.

[Cite as *In re Resignation of Lillback* (1994), 69 Ohio St.3d 1201.]

(No. 94–511—Submitted March 22, 1994—Decided March 24, 1994.)

The resignation of Larry Gene Lillback of Beavercreek, Ohio, Attorney Registration No. 0023706, as an attorney is accepted.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

SMITH, APPELLEE, *v.* KOEHLER ET AL., APPELLANTS.

[Cite as *Smith v. Koehler* (1994), 69 Ohio St.3d 1201.]

(No. 93–414—Submitted March 1, 1994—Decided April 20, 1994.)

*Young & Alexander Co., L.P.A.,* and *Steven O. Dean,* for appellee.

*Bernard K. Bauer Co., L.P.A.,* and *Bernard K. Bauer,* for appellants.

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., A.W. SWEENEY, WRIGHT and RESNICK, JJ., concur.

DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., dissent.